ISAAC W. PARMENTER, Respondent, *v.* AMERICAN BOX MACHINE COMPANY, Appellant.

*Parmenter* v. *American Box Machine Co.*, 44 App. Div. 47, appeal dismissed.

(Argued April 16, 1900; decided April 20, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 31, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived.

The motion was made upon the grounds that this court has no jurisdiction of the appeal, it not having been allowed by the Appellate Division or by a judge of the Court of Appeals, and that the exceptions taken during the trial are frivolous.

*George S. Coleman* for motion.

*Julius M. Mayer* opposed.

Motion granted, and appeal dismissed, without costs.